IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUALITY MANAGEMENT AND CONSULTING SERVICES, INC., individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 11-cv-6791 ) ) Hon. Edmond E. Chang |
| SAR ORLAND FOOD INC., SAR MARKETPLACE FOOD INC., YATSEN GROUP, INC., and SMK FRANCHISING INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**AGREED JUDGMENT ORDER**

THIS CAUSE coming to be heard by agreement of the parties;

It is hereby ordered that judgment is entered in favor of Plaintiff, Quality Management and Consulting Services, Inc., in its individual capacity, and against Defendants, SAR Orland Food Inc., SAR Marketplace Food Inc., Yatsen Group, Inc., and SMK Franchising Inc. (collectively, "Defendants"), jointly and severally, in the total amount of $16,410.00, with each party to bear its own costs and fees related to this judgment not reflected herein. This judgment amount is not reflective of, and in no way has there been a finding of, a wilful or knowing violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, by Defendants.

This judgment has the same effect as if it were a judgment entered after trial, with each party reserving any and all rights, claims and defenses available under the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedure to appeal the Court's denial of Plaintiff's Motion for Leave to Extend Rule 23 Fact Discovery (Docket # 35) and denial of Plaintiff's Amended Motion for Class Certification (Docket # 53).

This is a final and appealable order. There is no just reason to delay enforcement.

ENTERED:

Dated: February 4, 2014

_____
Hon. Edmond E. Chang